| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> Nancy Isaacson, Esq. (NI/1325) <br> **GREENBAUM, ROWE, SMITH & DAVIS LLP** <br> **75 Livingston Avenue** <br> **Roseland, New Jersey 07068** <br> **973-577-1930** <br> nisaacson@greenbaumlaw.com <br> **Attorneys for Nancy Isaacson,** <br> **Chapter 7 Trustee** | |
| **In re:** <br><br> **REVIVAL HOLDINGS, LLC,** <br><br>                    Debtor. <br> **AND** <br><br> **REVIVAL SASH & DOORS, LLC,** <br><br>                    Debtor. <br> **AND** <br><br> **BRIGHT WINDOWS SPECIALTIES, INC,** <br><br>                    Debtor. <br> **AND** <br><br> **PRELUDE, LLC d/b/a/ Sequel,** <br><br>                    Debtor | Chapter 7 Proceeding <br> **Case No. 22-19146 (VFP)** <br><br><br> Chapter 7 Proceeding <br> **Case No. 22-19151 (VFP)** <br><br><br> Chapter 7 Proceeding <br> **Case No. 22-19150 (VFP)** <br><br><br> Chapter 7 Proceeding <br> **Case No. 22-19147 (VFP)** <br><br> Hearing Date: March 21, 2023 <br> At 10 a.m./p.m. |

**NOTICE OF MOTION FOR A DECLARATION THAT MENDHAM CAPITAL PARTNERS, LLC AND KEAN DEVELOPMENT COMPANY, INC VIOLATED THE AUTOMATIC STAY AND FOR LEGAL FEES AND COSTS PURSUANT TO 11 U.S.C. §§ 362(a) AND 105(a), AND DISMISSAL OF MENDHAM CAPITAL PARTNERS, LLC'S AND KEAN DEVELOPMENT COMPANY, INC.'S PENDING PROCEEDINGS**

**TO:    ALL PARTIES ON THE ATTACHED SERVICE LIST**


**SIR/MADAM:**

8345588.1

**PLEASE TAKE NOTICE** that on the 21th day of March 2023 at 10:00 o'clock in the forenoon or as soon thereafter as counsel may be heard, the undersigned, as attorney to the Chapter 7 Trustee, in the captioned matters shall apply to the Honorable Vincent F. Papalia United States Bankruptcy Judge, 50 Walnut Street, Newark, New Jersey, for an order Declaring that Mendham Capital Partners, LLC and Kean Development Company, Inc. Violated the Automatic Stay, and for Legal Fees and Costs Pursuant to 11 U.S.C. §§ 362(a) and 105(a), and Dismissal of Mendham Capital Partners, LLC's and Kean Development Company, Inc.'s Pending Proceedings.

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, the undersigned shall rely upon the within Application and Certification of Nancy Isaacson submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

                                                            GREENBAUM, ROWE, SMITH & DAVIS LLP
                                                            Attorneys for Chapter 7 Trustee

                                                            By: */s/ Nancy Isaacson*
                                                                 Nancy Isaacson

Dated: February 27, 2023

| **Name and Address of Party Served** | **Relationship of Party to Case** | **Mode of Service** |
|---|---|---|
| Michael Canizales<br>7150 NE 7th Ave<br>Boca Raton, FL 33487 | Defendant | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>   Email<br>   Notice of Electronic Filing<br>   Other: Federal Express<br>          As authorized by the court* |
| Sachs Capital Fund II, LLC<br>10516 Tulip Lane<br>Potomac, Maryland. 20854 | Defendant | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>   Email<br>   Notice of Electronic Filing<br>   Other: Federal Express<br>          As authorized by the court* |
| Sachs Capital Partners, LLC<br>10516 Tulip Lane<br>Potomac, Maryland 20854 | Defendant | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>   Email<br>   Notice of Electronic Filing<br>   Other: Federal Express<br>          As authorized by the court* |
| Andrew Sachs<br>10516 Tulip Lane<br>Potomac, Maryland 20854 | Defendant | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>   Email<br>   Notice of Electronic Filing<br>   Other: Federal Express<br>          As authorized by the court* |
| Robert Henley<br>1900 Sycamore Spring Court Cooksville, MD 21723 | Defendant | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>   Email<br>   Notice of Electronic Filing<br>   Other: Federal Express<br>          As authorized by the court* |

8345588.1

| Peter Manning<br>68 Sachuest Way<br>Middletown, RI 02842 | Defendant | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>Email<br>Notice of Electronic Filing<br>Other: Federal Express<br>As authorized by the court* |
|---|---|---|
| Adan P. Wald, Esq.<br>Manny A. Frade, Esq.<br>Meltzer, Lippe, Goldstein & Breitstone, LLP.<br>190 Willis Avenue,<br>Mineola, New York 11501 | Attorneys for Kean Development Company, Inc. | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>Email<br>Notice of Electronic Filing<br>Other: Federal Express<br>As authorized by the court* |
| Joseph B. Cicero<br>Elliott Covert<br>Thomas A. Youngman<br><br>Hercules Plaza 1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>(302) 295-0191 | Attorneys for Mendham Capital Partners, LLC. | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>Email<br>Notice of Electronic Filing<br>Other: Federal Express<br>As authorized by the court* |
| Joshua D. Glatter<br>Chipman Brown Cicero & Cole, LLP<br>501 Fifth Avenue, 15th Flr<br>New York NY 10017 | Attorneys for Mendham Capital Partners, LLC. | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>Email<br>Notice of Electronic Filing<br>Other: Federal Express<br>As authorized by the court* |

8345588.1

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>US Department of Justice<br>One Newark Center, Ste. 2100<br>Newark, NJ  07102 | US Trustee | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>☐ Email<br>x Notice of Electronic Filing<br>☐ Other: _____ As authorized by the court* |
| Michael Dal Lago, Esq.<br>Dal Lago Law<br>999 Vanderbilt Beach Road<br>Ste. 200<br>Naples, Florida 34018 | Attorney for Debtor | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>   Email<br>x Notice of Electronic Filing<br>☐ Other: _____ As authorized by the court* |

8345588.1